FILED & JUDGMENT ENTERED
David E. Weich

Aug 22 2005

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                                          )     Bankruptcy No. 00-50936
                                                )     Chapter 11
RIDGEVIEW, INC.,                                )
T/A Interknit, Inc., T/A Tri-Star Hosiery       )
Mills, Inc.,                                     )
                                                )
                                                )
_____Debtor._____)

## EX-PARTE ORDER AUTHORIZING AND DIRECTING PAYMENT OF UNCLAIMED FUNDS TO THE REGISTRY ACCOUNT

THIS CAUSE, coming on to be heard and being heard on the Motion filed by Ridgeview, Inc., (the "Debtor") seeking the entry of an order allowing and authorizing the Debtor, by and through its Counsel from a Trust Account held for the Debtor to pay certain unclaimed funds of former employees of the Debtor or their dependents as shown in Exhibit A to the Motion and to this Order and incorporated herein by reference to the Registry Account; it further appearing for parties shown on Exhibit A for whom the Debtor could locate addresses, checks were mailed in the amounts shown on the attached sheets to such parties also shown on the attached sheets at the respective last known address of each party; it further appearing that such checks were stamped with the designation "void if not presented for payment within sixty (60) days";  if further appearing that it has been longer than sixty days since the checks were mailed and that the total sum of $38,770.33 remains unclaimed;

It further appearing to the Court that the Debtor has been unable to locate the parties shown on Exhibit A who did not claim their funds and that to date, those parties have either failed and neglected to present their respective checks for payment or their respective checks have been returned marked undeliverable as addressed and unable to forward or a similar designation by the United States Post Office or no address has been located for them after much effort to identify an address; and further for cause shown and based upon the Motion and the record in this case, that the unclaimed funds should be paid to the Registry Account of the United States Bankruptcy Court.

IT IS THEREFORE, ORDERED, that the Debtor, through its Counsel, is authorized and directed to pay from the funds held in trust for the parties shown on Exhibit A, the unclaimed funds in the amount of $38,770.33 to the Registry Account of the Bankruptcy Court due to such parties listed on Exhibit "A" having failed or neglected to present their respective checks for payment or their respective checks have been returned marked undeliverable as addressed and unable to forward or a similar designation by the United States Post Office or no address has been located for them after much effort to identify an address.

This Order has been signed
electronically. The judge's
signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court

{00120388 v 1}

| CLAIMANT NAME | AMOUNT OF CLAIM | AMOUNT OF DISTRIBUTION |
|---|---|---|
| | | |
| | | |
| ANNA L. LEATHERMAN 709 E. 19TH STREET. NEWTON, NC 28658 | $42.00 | $40.72 |
| ANNA L. MCCALL PO BOX 453 CONOVER, NC 28613 | $32.00 | $31.02 |
| CANDACE FRADY C/O TAMMY N. FRADY 3535 PLATEAU ROAD VALE, NC 28168 | $75.00 | $72.71 |
| CARA L. CALDWELL 2901 N. SHIPP AVE. NEWTON, NC 28658 | $171.00 | $165.77 |
| CARL B. ASPLUND 13809 PYTCHLEY LANE CHARLOTTE, NC 28272 | $99.20 | $96.17 |
| DEBRA E. TREJO PO BOX 195 LEASBURG, NC 27291 | $34.90 | $33.83 |
| DELFINO MEDRANO C/O YENI MEDRANO 3986 CEDAR CREEK CT. LENIOR, NC 28645 | $300.00 | $290.83 |
| EDELTRUDIS MATZAK-YAHALOM 15233 DICKENS STREET SHERMAN OAKS, CA 91403 | $478.32 | $463.70 |
| JACKIE R. MATLOCK NO ADDRESS FOUND | $569.60 | $552.19 |
| JANELLE GODFREY C/O TIMOTHY GODFREY 231 KAREN CT CHERRYVILLE, NC 28021 | $38.00 | $36.84 |
| JANICE S. COLSON 3113 CATAWBA STREET CLAREMONT, NC 28610 | $66.00 | $63.98 |
| JESUS A. DELGADO C/O IRMA D. DELGADO 322 S. ASHE AVE. NEWTON, NC 28658 | $336.40 | $326.12 |
| JONATHAN C. HAMLETT NO ADDRESS FOUND | $109.60 | $106.25 |
| LAURIE E. THOMPSON 5196 OXBOW COURT SAN JOSE, CA 95124 | $250.00 | $242.36 |

EXHIBIT ___
PAGE 2 OF 2

| CLAIMANT NAME | AMOUNT OF CLAIM | AMOUNT OF DISTRIBUTION |
|---|---|---|
| LENORA K. MCINTYRE 1315 LYNHURST DRIVE GASTONIA, NC 28054 | $378.40 | $366.83 |
| LINDA IKERD 3337 SIGMON DAIRY ROAD NEWTON, NC 28658 | $63.00 | $61.07 |
| LINDA L. FUQUA 111 N. NINTH STREET MEBANE, NC 27302 | $116.20 | $112.65 |
| MARGARET J. CATES 1919 LAWRENCE ROAD HILLSBOROUGH, NC 27278 | $73.00 | $70.77 |
| MIKAELA C. COOKE NO ADDRESS FOUND | $323.00 | $313.13 |
| ROBERT A. SCOTT C/O MINA M. SCOTT 4626 DUBS CAFE ROAD CATAWBA, NC 28609 | $7,232.40 | $7,011.33 |
| ROBERT A. SCOTT C/O MINA M. SCOTT 4626 DUBS CAFE ROAD CATAWBA, NC 28609 | $952.90 | $923.77 |
| ROBERT C. YOUNT C/O MARTHA M. YOUNT 1605 LONDON COURT HICKORY, NC 2860 | $211.42 | $204.96 |
| RON FERRAGAMO NO ADDRESS FOUND | $891.00 | $863.76 |
| TAMMY R. MYERS 1582 DOGWOOD LANE STATESVILLE, NC 28625 | $66.00 | $63.98 |
| TERESA L. WILLIAMS NO ADDRESS FOUND | $6,959.36 | $6,746.63 |
| THEODORE A. MCRAE 4459 RHONEY SCHOOL HICKORY, NC 28601 | $25.40 | $24.62 |
| VAUGHN J. POWERS 1454 SUGAR FARM RD. CATAWBA, NC 28609 | $32,912.01 | $19,484.34 |
| 26 CLAIMANTS | | |
| | | $38,770.33 |

#120369